USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
A.M. et al.,

                            Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                            Defendant.
----------------------------------------------------------------X

23-CV-6920 (JLR) (KHP)

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on August 16, 2023 (doc. no 10) the Case Management Conference currently scheduled for **November 13, 2023** is hereby adjourned *sine die*.

        SO ORDERED.

DATED:    New York, New York
               August 17, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge